# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALFREDO KIERSZ,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:08-cv-1664-Orl-22GJK**

**SEYMOUR INTERNATIONAL, INC.,**

       **Defendant.**

**And**

**BANK OF AMERICA, N.A.,**

       **Garnishee.**

_____

## ORDER

This cause is before the Court on the Plaintiff's Motion for Final Judgment on the Pleadings (Doc. No. 85) filed on November 3, 2010.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 27, 2011 (Doc. No. 95) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion for Final Judgment on the Pleadings (Doc. No. 85) is GRANTED.

3. The Clerk is directed to enter judgment in favor of Plaintiff, Alfredo Kiersz, and against Garnishee, Bank of America, N.A., in the amount of $27,424.47.

4. The Garnishee shall remit $27,424.47 to Plaintiff's counsel's trust account within twenty-one (21) days from the date of this Order.

5. Plaintiff and Garnishee shall file a joint notice with the Court when the funds are deposited into Plaintiff's counsel's trust account.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 11, 2011.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge